# Exhibit 2

Charted Claims:

Device Claim: 1

| US11095757 | NSX Edge ("Accused Product") |
|---|---|
| 1. An interface device for interfacing between a network device and a software-defined networking (SDN) controller, the interface device comprising: a first interface for connecting the interface device to the SDN controller; | The accused product discloses an interface device (e.g., NSX Edge) for interfacing between a network device (e.g., router) and a software-defined networking (SDN) controller (e.g., NSX controller), the interface device (e.g., NSX Edge) comprising: a first interface (e.g., Logical Switch) for connecting the interface device (e.g., NSX Edge) to the SDN controller (e.g., NSX controller). <br><br> As shown below, the accused product NSX Edge installed on a hardware (e.g., interface device) manages the VNFs (Virtual network Functions) and creates a logical network topology based on physical topology. It deploys virtual network over existing physical networks, allowing physical devices such as router (e.g., network device) to be virtually mapped. A logical switch (e.g., first interface) provides an interface that connects the NSX edge (e.g., interface device) to the NSX controller (e.g., SDN controller) present in the Edge Pod. |



https://www.vmware.com/products/cloud-infrastructure/nsx

# 1    Introduction

## 1.1    Overview

NSX is a software-only network virtualization platform that programmatically provisions and manages virtual networks through software.

The TOE is the VMware NSX v6.3 for vSphere, and will hereafter be referred to as the TOE or NSX throughout this document. The TOE is a software-only security solution for VMware virtualized environments that provides firewall and data protection security services.

NSX creates a network topology from a library of logical networking elements and services such as logical switches, routers, firewalls, load balancers, VPN, and workload security. NSX deploys virtual networks over existing networks and on supported hypervisors, allowing legacy VLANs and physical hosts to be mapped into virtual networks.

https://www.vmware.com/docs/vmware-nsx-v63-security



**SDN controller**

c) **NSX Controller.** NSX Controller is an advanced distributed state management system that controls virtual networks and overlays secure transport tunnels. NSX Controller is the central control point for all logical switches within a network and maintains information of all virtual machines, hosts, logical switches, and VXLANs. The NSX Manager creates self-signed certificates for the nodes of Controller clusters and installs those certificates over a secure TLS channel over HTTPS. Controller nodes can then communicate with each other over HTTPS using those NSX Manger-signed certificates.

**interface device**

d) **NSX Edge.** NSX Edge provides network edge security and gateway services to isolate a virtualized network. You can install an NSX Edge either as a logical (distributed) router or as a services gateway. The NSX Edge gateway connects isolated, stub networks to shared (uplink) networks by providing common gateway services such as DHCP, VPN, NAT, dynamic routing, and Load Balancing. Common deployments of NSX Edge include in the DMZ, VPN Extranets, and multi-tenant Cloud environments where the NSX Edge creates virtual boundaries for each tenant. Security features for Edge Services include a stateful Firewall, L2 VPN, and SSL VPN-Plus.

https://www.vmware.com/docs/vmware-nsx-v63-securit



https://www.vmware.com/docs/vmware-trendmicro-nsx-reference-architecture

**VMware NSX® Edge™**. The NSX Edge acts as the centralized virtual appliance for routing traffic in to and out of the virtual domain, toward other virtual or physical infrastructure. This is referred to as North-South communication. In its role in vCloud NFV design, the NSX Edge is installed as an Edge Services Gateway (ESG). The ESG is used to provide routing, firewalling, network address translation (NAT), and other services to the consumers of the NFVI platform. These NSX ESG instances, together with NSX Virtual Switches, provide true logical tenant isolation.

https://www.vmware.com/docs/vmware-vcloud-nfv-reference-architecture-v2.0

For VNF components that require North-South connectivity, logical switches are routed to the telecommunications network through the edge services deployed in the Edge pod. A VXLAN transport zone is created between the Resource pod and the Edge pod, which allows logical switches to seamlessly interconnect the VNFs in the Resource pod to the edge networking services in the Edge pod. Figure 16 shows the design for Edge pod and Resource pod connectivity.

https://www.vmware.com/docs/vmware-vcloud-nfv-openstack-edition-reference-architecture



**Figure 16**: Virtual Networking Design for Edge Pod and Resource Pod Connectivity

https://www.vmware.com/docs/vmware-vcloud-nfv-openstack-edition-reference-architecture



https://www.vmware.com/docs/vmware-vcloud-nfv-reference-architecture-v2.0

| a second interface for connecting the interface device to the network device; | The accused product discloses a second interface (e.g., OVSDB (Open vSwitch Database) protocol) for connecting the interface device (e.g., NSX Edge installed on a hardware) to the network device (e.g., router). <br><br> As shown below, the accused product NSX Edge installed on a hardware (e.g., interface device) uses OVSDB protocol (e.g., second interface) that bridges the network traffic between the SDN architecture to the external network comprising of physical devices such as router (e.g., network device). |
|---|---|

Open vSwitch (OVS) was created by Nicira, then incorporated into VMware. OVS is one of many open sources projects where VMware contributes. In 2016, OVS became part of the Linux Foundation to enable further collaboration from the community.

https://blogs.vmware.com/wp-content/uploads/sites/70/2018/08/vmware-automation-fundamentals-book.pdf

- Author of OVSDB (Open Virtual Switch Database) – OVSDB is the most common management protocol used by virtual networks to communicate with physical networking hardware.

https://blogs.vmware.com/wp-content/uploads/sites/70/2018/08/vmware-automation-fundamentals-book.pdf

| | |
|---|---|
| a vendor and technology specific layer module, which is operative to transmit control and message data to, and to receive control and message data from, the network | The accused product discloses a vendor and technology specific layer module (e.g., Tier-0 Logical router), which is operative to transmit control and message data to, and to receive control and message data from, the network device (e.g., router) in a native control and message data protocol of the network device (e.g., router). As shown below, the accused product NSX Edge installed on a hardware (e.g., interface device) comprises of Tier-0 logical router (e.g., vendor and technology specific layer module) that acts as a gateway between the actual physical devices such as router (e.g., network device) and the SDN architecture to exchange information. Dynamic routing protocols such as BGP (Border Gateway Protocol) are used to exchange physical network capability information |

| | |
|---|---|
| device in a native control and message data protocol of the network device; | that is native and specific between the physical devices such as router (e.g., network device) and the SDN architecture.<br><br>**Tier-0 Logical Router**<br>Last Updated January 2, 2025<br><br>A tier-0 logical router provides a gateway service between the logical and physical network.<br><br>Note<br>If using NSX Cloud, see How to use NSX-T Data Center Features with the Public Cloud for a list of auto-generated logical entities, supported features, and configurations required for NSX Cloud.<br><br>https://techdocs.broadcom.com/us/en/vmware-cis/nsx/nsxt-dc/3-0/administration-guide/manager-mode/advanced-routing/tier-0-logical-router.html |



https://techdocs.broadcom.com/us/en/vmware-cis/nsx/nsxt-dc/3-0/administration-guide/manager-mode/advanced-routing/tier-0-logical-router.html



https://techdocs.broadcom.com/us/en/vmware-cis/nsx/nsxt-dc/3-0/administration-guide/manager-mode/advanced-routing/tier-0-logical-router/bgp/configure-bgp-on-a-tier-0-logical-router-in-manager-mode.html

- Tier-0 Logical Router – Top-tier router that interfaces with the actual physical network in the north end of the Tier-0 interfaces. This is where dynamic routing protocols can be configured to exchange routing information with physical routers. The south side of the Tier-0 routing topology connects to the Tier-1 routing layers of the tenant routing topologies and receives routing information from them. The Tier-0 routing layer pushes the default information to the Tier-1 routing layer

https://www.bdrshield.com/blog/vmware-nsx-t-logical-routing/

<table>
<tr><td></td><td>

**How does dynamic routing differ from static routing?**

Unlike static routing, where administrators manually configure routes, dynamic routing protocols automate the process. Dynamic routing algorithms adjust to changes in network topology, making them well-suited for large or dynamic networks. This adaptability ensures efficient data transmission by choosing the optimal path.

**How do dynamic routing protocols work?**

Dynamic routing protocols, like open shortest path first (OSPF) or border gateway protocol (BGP), use algorithms to determine the best path for data transmission. Routers share information about network topology and update their routing tables accordingly. This constant exchange ensures that routers are aware of changes, allowing them to reroute traffic for optimal performance.

https://www.lenovo.com/us/en/glossary/what-is-dynamic-routing/

</td></tr>
<tr><td>

a device abstraction layer module, which is operative to generate a device abstraction model representing capabilities of the network device; and

</td><td>

The accused product discloses a device abstraction layer module (e.g., NSX for vSphere), which is operative to generate a device abstraction model representing capabilities of the network device (e.g., router).

As shown below, the accused product NSX Edge installed on a hardware (e.g., interface device) comprises of NSX for vSphere (e.g., device abstraction layer module) virtualization layer that abstracts the topology based on standards. Also, NSX for vSphere (e.g., device abstraction layer module) also provides abstraction that virtualizes the physical hardware network such as router (e.g., network device) to overlay virtualized network.

</td></tr>
</table>

## 3.2    NFVI Components Overview

The vCloud NFV infrastructure components use ESXi to virtualize the compute resources, NSX for vSphere to provide virtual networking, and vSAN for storage. Together, these components create the virtualization layer described by the ETSI NFV framework. The virtualization layer of the NFVI provides the following functions:

- **Physical Resource Abstraction**. Using the software component layers between physical hardware and the VNFs, physical resources are abstracted. This provides a standardized software based platform for running VNFs, regardless of the underlying hardware. As long as the CSP uses certified physical components, VNFs can be deployed by the carrier at the point of presence (POP), distributed, or centralized data center.

https://www.vmware.com/docs/vmware-vcloud-nfv-reference-architecture-v2.0

Just as ESXi abstracts the server resources, NSX for vSphere provides a layer of abstraction by supporting an overlay network with standards based protocols. This approach alleviates the limitations of traditional network segregation technologies such as VLANs, while creating strict separation between management, customer, and service networks. NSX for vSphere is designed as three independent layers: the data plane, the control plane, and the management plane. The data plane and control plane layers are described in the bullet points below, while the management plane is described in the *VIM Components* section of this document.

- **VMware NSX® Virtual Switch™**. The NSX Virtual Switch is a distributed data plane component within the ESXi hypervisor kernel that is used for the creation of logical overlay networks, facilitating flexible workload placement of the VNF components. The NSX Virtual Switch is based on the VMware vSphere® Distributed Switch™ (VDS) and extends VDS functionality by adding distributed routing, a logical firewall, and enabling VXLAN bridging capabilities. The NSX Virtual Switch is central to network virtualization, as it enables logical networks that are independent of physical constructs, such as VLANs. The NSX Virtual Switch is a multilayer switch and therefore supports Layer 3 functionality to provide optimal routing between subnets directly within the host, for communication within the data center.

  Stateful firewall services are supported by the NSX Virtual Switch through the distributed firewall service known as microsegmentation. This functionality provides firewall policy enforcement within the hypervisor kernel at the granularity of the virtual Network Interface Card (vNIC) level on a VNF component, thereby supporting fine grainednetwork multitenancy.

- **VMware NSX® Edge™** The NSX Edge acts as the centralized virtual appliance for routing traffic in to and out of the virtual domain, toward other virtual or physical infrastructure. This is referred to as North-South communication. In its role in vCloud NFV design, the NSX Edge is installed as an Edge Services Gateway (ESG). The ESG is used to provide routing, firewalling, network address translation (NAT), and other services to the consumers of the NFVI platform. These NSX ESG instances, together with NSX Virtual Switches, provide true logical tenant isolation.

https://www.vmware.com/docs/vmware-vcloud-nfv-reference-architecture-v2.0

<table>
<tr><td></td><td>

**Network – VMware NSX for vSphere**

The third component of the NFV infrastructure is the virtualized networking component, NSX for vSphere. NSX for vSphere allows CSPs to programmatically create, delete, and restore software based virtual networks. These networks are used for communication between VNF components, and to give customers dynamic control of their service environments. Dynamic control is provided through tight integration between the VIM layer and NSX for vSphere. Network multitenancy is also implemented using NSX for vSphere, by assigning different customers their own virtual networking components and providing different network segments to each.

Just as ESXi abstracts the server resources, NSX for vSphere provides a layer of abstraction by supporting an overlay network with standards based protocols. This approach alleviates the limitations of traditional network segregation technologies such as VLANs, while creating strict separation between management, customer, and service networks. NSX for vSphere is designed as three independent layers: the data plane, the control plane, and the management plane. The data plane and control plane layers are described in the bullet points below, while the management plane is described in the *VIM Components* section of this document.

https://www.vmware.com/docs/vmware-vcloud-nfv-reference-architecture-v2.0

</td></tr>
<tr><td>

a protocol mapping layer module, which is operative to map control and message data used by the network device onto the device abstraction model, such that messages issued

</td><td>

The accused product discloses a protocol mapping layer module (e.g., collected metrics for virtual switch port plugin), which is operative to map control and message data used by the network device (e.g., router) onto the device abstraction model, such that messages issued by the SDN controller (e.g., NSX controller) in its native message format can be transmitted to the network device (e.g., router) in the native message format of the network device (e.g., router), and messages issued by the network device (e.g., router) in its native message format can be transmitted to the SDN controller (e.g., NSX controller) in the native message format of the SDN controller (e.g., NSX controller).

As shown below, the accused product NSX Edge installed on a hardware (e.g., interface

</td></tr>
</table>

| | |
|---|---|
| by the SDN controller in its native message format can be transmitted to the network device in the native message format of the network device, and messages issued by the network device in its native message format can be transmitted to the SDN controller in the native message format of the SDN controller. | device) comprises of collected metrics for virtual switch port plugin (e.g., protocol mapping layer module) for the VMWare's vSphere that is a plug-in which collects metrics to and from the physical devices such as router, distributed virtual switches (e.g., network device). The collection basically means translation of native messages from the physical devices such as router, distributed virtual switches (e.g., network devices) to NSX controller (SDN controller) understandable metrics data for monitoring and management of the VMWare's vSphere that is an SDN (Software Defined Network). <br><br> **VMware vSphere** <br><br> DX NetOps Virtual Network Assurance (VNA) collects inventory and performance metrics from VMware vSphere to support DX NetOps Performance Management SD-WAN monitoring. <br><br> In this article: <br> • Collected Inventory <br> • Collected Events <br> • Collected Performance Metrics <br> • Virtual Machine Metrics and Host Metrics <br> • Collected Metrics for Virtual Switch Port <br> • Supported Releases <br> • Required Configurations <br> • Plug-in Configuration Example <br> • Configure the Plug-in to Process Inventory with Whitelist Filters <br><br> https://techdocs.broadcom.com/content/dam/broadcom/techdocs/us/en/pdf/ca-enterprise-software/it-operations-management/virtual-network-assurance/vna_consolidated/dx-virtual-network-assurance-24-3-5.pdf |

**Collected Metrics for Virtual Switch Port**

This plug-in collects metrics for distributed virtual switch ports at the following statistics collection levels:

| Statistics collection level | |
|---|---|
| Level 2 | Incoming bytes on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Outgoing bytes on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Incoming packets on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Outgoing packets on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Incoming Dropped Packets for Distributed Virtual Switch Port<br>Outgoing Dropped Packets for Distributed Virtual Switch Port<br>Incoming Errors for Distributed Virtual Switch Port<br>Outgoing Errors for Distributed Virtual Switch Port |
| Level 3 | Incoming bytes on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Outgoing bytes on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Incoming packets on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Outgoing packets on virtual interfaces, Hosts, and Distributed Virtual Switch Port<br>Incoming Dropped Packets for Distributed Virtual Switch Port<br>Outgoing Dropped Packets for Distributed Virtual Switch Port<br>Incoming Errors for Distributed Virtual Switch Port<br>Outgoing Errors for Distributed Virtual Switch Port |

https://techdocs.broadcom.com/content/dam/broadcom/techdocs/us/en/pdf/ca-enterprise-software/it-operations-management/virtual-network-assurance/vna_consolidated/dx-virtual-network-assurance-24-3-5.pdf

## What is a plugin?

A plugin is a software component that adds specific functionality to an existing computer program or web browser. Plugins are designed to extend the capabilities of the host application without requiring any changes to its core code. They can be used for a variety of purposes, such as adding new features, improving performance, enhancing security, or integrating with third-party services.

## How do plugins work?

Plugins work by integrating with the host application through a defined interface. The host application provides hooks or APIs (Application Programming Interfaces) that plugins can use to interact with it. When you install a plugin, it typically adds new menu items, buttons, or options to user interface of the host application. When you interact with these elements, the plugin code is executed and performs its intended function.

https://www.lenovo.com/us/en/glossary/plugin/